## MARCH 4, 1996

No. 95–315. UNITED STATES *v.* US WEST, INC., ET AL.; and UNITED STATES *v.* PACIFIC TELESIS GROUP ET AL. C. A. 9th

Cir. Certiorari granted, judgments vacated, and case remanded for consideration of the question whether it is moot.